FILED

Apr 25 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

JOSHUA S. GOODMAN – State Bar #116576
RUTA PASKEVICIUS – State Bar #127784
GOODMAN NEUMAN HAMILTON LLP
One Post Street, Suite 2100
San Francisco, CA 94104
Telephone: (415) 705-0400
Facsimile: (415) 705-0411
jgoodman@gnhllp.com / rpaskevicius@gnhllp.com

Attorneys for Defendant
HOME DEPOT U.S.A., INC., erroneously sued as THE HOME DEPOT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINA BYLER,<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, a Corporation doing business in the State of California, and DOES 1 - 20,<br><br>Defendants. | Case No. 5:21-cv-00024-NC<br><br>STIPULATED DISMISSAL AND ORDER OF DISMISSAL |

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Martina Byler and Defendant Home Depot U.S.A., Inc. hereby stipulate as follows:

It IS HEREBY STIPULATED AND AGREED, by and between the undersigned for the parties to this action, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, each and every claim asserted in the above-entitled action be, and hereby is, dismissed against Defendant Home Depot U.S.A., Inc. with prejudice, and without costs

///

///

to any party as against the other.

Dated: April 19th, 2022

LAW OFFICE OF JOHN F. KLOPFENSTEIN

By: _____
JOHN F. KLOPFENSTEIN
Attorney for Plaintiff Martina Byler

DATED: April 18, 2022

GOODMAN NEUMAN HAMILTON LLP

By: _____
JOSHUA S. GOODMAN
RUTA PASKEVICIUS
Attorneys for Defendant
HOME DEPOT U.S.A., INC.,
erroneously sued as THE HOME DEPOT

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: April 25, 2022

_____
Hon.
UNITED STATES MAGISTRATE JUDGE

GRANTED
Judge Nathanael M. Cousins